# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VERNON McKINLEY MARTIN**                                                        **PLAINTIFF**

v.                             Civil Case No. 4:09CV00127 HLJ

**PERFECT 10 ANTENNA COMPANY**                                              **DEFENDANT**

## JUDGMENT

In accordance with the court's order entered this date, it is CONSIDERED, ORDERED AND ADJUDGED that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ADJUDGED this 16th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE